UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| GENERAL GRANT FOREMAN, III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:24-CV-374-TAV-DCP |
| | ) | |
| BLOUNT COUNTY SHERIFF OFFICE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This civil matter is before the Court on a Report and Recommendation ("R&R") entered by United States Magistrate Judge Debra C. Poplin on November 7, 2024 [Doc. 8]. In the R&R, the magistrate judge recommends that the Court deny plaintiff's application to proceed *in forma pauperis* [Doc. 2] for failure to comply with the Court's order [Doc. 7]. Further, the magistrate judge recommends that the Court afford plaintiff twenty-one (21) days to pay the filing fee and advise plaintiff that failure to do so will result in dismissal of his case without prejudice. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(d), 72(b).

After careful review of the matter, the Court agrees with the magistrate judge's recommendations. Accordingly, the Court **ACCEPTS and ADOPTS** in full the R&R [Doc. 8] pursuant to 28 U.S.C. § 636(b)(1). Accordingly, it is hereby **ORDERED** that plaintiff's motion for leave to proceed *in forma pauperis* [Doc. 2] is **DENIED**. Plaintiff is afforded **twenty-one (21) days** from the entry of this Order to pay the filing fee in this

matter. Plaintiff is **ON NOTICE** that failure to comply with this Order, specifically paying the filing fee no later than twenty-one (21) days from entry of this Order, may result in dismissal of his case without prejudice.

    IT IS SO ORDERED.

                                      s/ Thomas A. Varlan
                                      UNITED STATES DISTRICT JUDGE